UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| MARY ANN KACZMAREK, | ) | CASE NO. 07-06273 |
| | ) | |
| Debtor | ) | Hon. Eugene R. Wedoff |

### TRUSTEE'S FINAL REPORT

TO: THE HONORABLE Eugene R. Wedoff
BANKRUPTCY JUDGE

NOW COMES **Gregg Szilagyi**, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on April 6, 2007. Gregg Szilagyi was appointed Trustee on April 6, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of February 20, 2009 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ 40,020.99 |
| b. | DISBURSEMENTS (See Exhibit C) | $ 0.00 |
| c. | NET CASH available for distribution | $ 40,020.99 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1.  Trustee compensation requested | $3,407.45 |

|  |  |  |
|---|---|---|
| 2. | Trustee Expenses | $0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee | |
| (a) | JOSEPH BALDI & ASSOCIATES Attorney for Trustee Fees | $11,490.00 |
| (b) | JOSEPH BALDI & ASSOCIATES Attorney for Trustee Expenses | $84.50 |

5. The Bar Date for filing unsecured claims expired on April 3, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| a | Allowed unpaid secured claims | $0.00 |
|---|---|---|
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $14,981.95 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $15,000.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Attorney for Trustee Fees, JOSEPH BALDI & ASSOCIATES requested but not yet allowed is $11,490.00 . Attorney for Trustee Expenses, JOSEPH BALDI & ASSOCIATES requested but not yet allowed is $84.50 . The total of Chapter 7 professional fees and expenses requested for final allowance is $11,574.50.

9. A fee of $1000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE    February 20, 2009

/s/ Gregg Szilagyi
**Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone:    (312) 634-4748
Facsimile:    (312) 634-5520

3

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order. Major tasks to be summarized in paragraph form.)

- Conducted the Debtor's Section 341 examination;
- Set up files and bank accounts for administration of estate;
- Investigated the Debtor's financial affairs, including claimed exemptions and potential objections to discharge;
- Employed and supervised an attorney and accountant to assist with the administration of the estate;
- Liquidated, abandoned and otherwise administered assets for the benefit of the estate;
- Completed and filed all reports as required by the Bankruptcy Code and the United States Trustee;
- Communicated with creditors regarding administration of the estate and the timetable for closing the case and making distributions to creditors;
- Examined and, where required, objected to proofs of claim and otherwise resolved issues dealing with claims and priorities; and
- Completed and filed this Final Report and all other reports and documents required to close the case.

**EXHIBIT A**

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition        Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

                    See Form 1, attached

Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

                    See Form 1, attached

| | |
|---|---|
| TOTAL RECEIPTS | $40,020.99 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $122,530.00 |

**EXHIBIT B**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:  07-06273   ERW   Judge: Eugene R. Wedoff
Case Name: MARY ANN KACZMAREK

Trustee Name: Gregg Szilagyi
Date Filed (f) or Converted (c): 4/6/2007 (f)
341(a) Meeting Date: 5/10/2007
Claims Bar Date: 4/3/2008

For Period Ending: 2/24/2009

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence Commonly Known as 3521 N. Kostner | 120,000.00 | 120,000.00 | | 40,000.00 | FA |
| 2 | Cash | 20.00 | 20.00 | DA | 0.00 | 20.00 |
| 3 | Savings Account located LaSalle Bank, Chicago, Illinois | 1,400.00 | 1,400.00 | DA | 0.00 | 1,400.00 |
| 4 | Miscellaneous Household Goods and Furnishings | 800.00 | 800.00 | DA | 0.00 | 800.00 |
| 5 | Miscellaneous Household Reading Material and Decorative Art | 60.00 | 60.00 | DA | 0.00 | 60.00 |
| 6 | Miscellaneous Clothing and Personal Effects | 150.00 | 150.00 | DA | 0.00 | 150.00 |
| 7 | Wedding Band | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 8 | Pension Plan through through Debtors former employer. Plan i | Unknown | 0.00 | | 0.00 | 0.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 20.99 | Unknown |

TOTALS (Excluding Unknown Values)  $122,530.00  $122,530.00  $40,020.99

Gross Value of Remaining Assets $2,530.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

___

Initial Projected Date of Final Report (TFR): 12/31/2009   Current Projected Date of Final Report (TFR): / /

## CASH RECEIPTS AND DISBURSEMENTS

**EXHIBIT C**

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-06273
Case Name: MARY ANN KACZMAREK

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1669 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Taxpayer ID No: XX-XXX1269
For Period Ending: 2/24/2009

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 7/22/2008 | 1 | KACZMAREK, MARY ANN 3521 N KOSTNER CHICAGO, IL 60641 | Settlement | 1110-000 | 40,000.00 | | 40,000.00 |
| 7/31/2008 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 1.48 | | 40,001.48 |
| 8/29/2008 | INT | Bank of America 3 part check | Interest Rate 0.150 | 1270-000 | 5.07 | | 40,006.55 |
| 9/30/2008 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 4.93 | | 40,011.48 |
| 10/31/2008 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 3.88 | | 40,015.36 |
| 11/28/2008 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 3.27 | | 40,018.63 |
| 12/31/2008 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 2.02 | | 40,020.65 |
| 1/30/2009 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,020.99 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 40,020.99 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 40,020.99 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 40,020.99 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX1669 | 40,020.99 | 0.00 | 40,020.99 |
| TOTAL OF ALL ACCOUNTS | 40,020.99 | 0.00 | 40,020.99 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals   40,020.99   0.00



**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

H

Account Number    4428951669
01 01 148 06 M0000 E#       0
Last Statement:   12/31/2008
This Statement:   01/30/2009

ESTATE OF
KACZMAREK, MARY ANN, DEBTOR
GREGG SZILAGYI - TRUSTEE
07-06273
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page      1 of    2

Bankruptcy Case Number:0706273

## SPECIAL MARKETS MONEY MARKET SAVINGS

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 01/01/2009 - 01/30/2009 | Statement Beginning Balance | 40,020.65 |
| Number of Deposits/Credits           1 | Amount of Deposits/Credits | .34 |
| Number of Checks                     0 | Amount of Checks | .00 |
| Number of Other Debits               0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | 40,020.99 |
| Number of Enclosures                 0 | | |
| | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | .34 | Interest Paid Year-to-Date | .34 |
| Annual Percentage Yield Earned | .01% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/30 | | .34 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF   $40,020.65 | 09840010667 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/31 | 40,020.65 | 40,020.65 | 01/30 | 40,020.99 | 40,020.99 |

Recycled Paper

Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Mary Ann Kaczmarek
3521 N Kostner
Chicago, IL 60641
SSN: xxx-xx-6885 EIN: N.A.

Case No. : 07-06273
Chapter : 7
Judge : Eugene R. Wedoff

---

Debtor's Attorney:

Herbert R Buetow
Law Office Of Herbert R Buetow
11 E Schaumburg Road
2nd Floor
Schaumburg, IL 60194

847 584-2264

Trustee:

Gregg Szilagyi
Tailwind Services LLC
One South Wacker Drive
Suite 800
Chicago, IL 60606

312-634-4748

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above-named debtor(s) on *April 6, 2007*.

1. *April 3, 2008* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *April 3, 2008* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: January 3, 2008

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: gbeemster | Page 1 of 1 | Date Rcvd: Jan 03, 2008 |
| Case: 07-06273 | Form ID: ntcftfc7 | Total Served: 8 | |

The following entities were served by first class mail on Jan 05, 2008.
```
db          +Mary Ann Kaczmarek,   3521 N Kostner,   Chicago, IL 60641-3808
aty         +Carmine V Trombetta,   Carmine Trombetta,   11 E Schaumburg Road,   Schaumburg, IL 60194-3501
aty         +Donna B Wallace,   Joseph A Baldi & Associates, PC,   19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Herbert R Buetow,   Law Office Of Herbert R Buetow,   11 E Schaumburg Road,   2nd Floor,
              Schaumburg, IL 60194-3501
aty         +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
tr          +Gregg Szilagyi,   Tailwind Services LLC,   One South Wacker Drive,   Suite 800,
              Chicago, IL 60606-4650
11288340     Banco Popular,   C/O Chaet Kaplan Baim Firm,   Chicago, IL 60602
11288341     CCB Credit Services,   5300 S 6th Street,   Springfield, IL 62703-5184
```

The following entities were served by electronic transmission on Jan 04, 2008.
```
tr           +EDI: QGSZILAGYI.COM Jan 03 2008 21:48:00      Gregg Szilagyi,   Tailwind Services LLC,
              One South Wacker Drive,   Suite 800,   Chicago, IL 60606-4650
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****                                                  TOTAL: 0
NONE.
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2008           Signature:  *Joseph Speetjens*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE ) CHAPTER 7
)
MARY ANN KACZMAREK, ) CASE NO. 07-06273
)
Debtor ) Hon. Eugene R. Wedoff

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant: Gregg Szilagyi, Chapter 7 Trustee

Authorized to Provide
Professional Service to: Estate of MARY ANN KACZMAREK

Date of Order Authorizing Employment:
Period for Which
Compensation is Sought: April 6, 2007

Amount of Fees Sought: $3,407.45

Amount of Expense
Reimbursement Sought: $0.00

This is a(n): Final Application

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.

DATED: Feb. 24, 2009     By: Gregg Szilagyi
                             **Gregg Szilagyi**, Trustee


Gregg Szilagyi (ARDC # 6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 634-4748
Facsimile:  (312) 634-5520

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| MARY ANN KACZMAREK, | ) | CASE NO. 07-06273 |
| | ) | |
| Debtor | ) | Hon. Eugene R. Wedoff |

## DISTRIBUTION REPORT

I, Gregg Szilagyi, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $14,981.95 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $15,000.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $10,039.04 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $40,020.99 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 14,981.95 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $3,407.45 | $3,407.45 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
| | JOSEPH BALDI & ASSOCIATES, Attorney for Trustee Fees (Other Firm) | $11,490.00 | $11,490.00 |
| | JOSEPH BALDI & ASSOCIATES, Attorney for Trustee Expenses (Other Firm) | $84.50 | $84.50 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

| | | |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 15,000.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Banco Popular North America, General Unsecured 726(a)(2) | $15,000.00 | $15,000.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 10,039.04 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|  | MARY ANN KACZMAREK, Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | $10,039.04 | $10,039.04 |
|---|---|---|---|

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsec. | 1 | Banco Popular North America C/O Chaet Kaplan Baim Firm 30 N LaSalle St Ste 1520 Chicago, IL 60602 | 25,400.00 | Superceded |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED _____     /s/ Gregg Szilagyi
                                  **Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 634-4748
Facsimile:  (312) 634-5520

- 5 -