UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) | Case No. 07-06273 |
| Mary Ann Kaczmarek. | ) | Hon. Eugene R. Wedoff |
|  | ) |  |
|  | ) | **Hearing Date:** _____ |
| Debtor. | ) | **Time: 9:30 a.m.** |

### Application for Allowance and Payment of Final Compensation of
### Joseph A. Baldi & Associates, Attorneys for Trustee

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates") attorneys for Gregg E. Szilagyi, as trustee ("Trustee") of the estate ("Estate") of Mary Ann Kaczmarek., debtor ("Debtor"), pursuant to sections 330 and 331 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment of final compensation to Baldi & Associates in the amount of $11,490.00 for 37.4 hours of legal services rendered to the Trustee from June 11, 2007 through January 26, 2009 and reimbursement of expenses in the amount of $84.50. In support thereof, respectfully states as follows:

### Introduction

1.  Debtor commenced this case on April 6, 2007 by filing a voluntary petition for relief under chapter 7 of title 11, United States Code ("Code").

2.  Gregg E. Szilagyi ("Trustee") is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.  At the time of the filing of the petition herein, the major asset of the Estate was a cause of action to recover Debtor's interest in her residence located at 3521 N. Kostner, Chicago,

IL ("Residence") which Debtor and her husband transferred from joint tenancy to tenancy by the entireties three (3) days prior to the Petition Date.

### Retention of Baldi & Associates

5.    On July 17, 2007, this Court entered an order authorizing the Trustee to employ Baldi & Associates as his attorneys in this case ("Retention Order").   A copy of the Retention Order is attached hereto as Exhibit A.   Baldi & Associates has served as counsel for the Trustee at all times since its retention by the Trustee.

6.    The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B.  The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi -- Partner
> Elizabeth C. Berg -- Associate/Paralegal[1]
> Donna B. Wallace -- Associate

### Prior Compensation

7.    This is the first application ("Application) for allowance and payment of compensation that Baldi & Associates has filed in this case.

### Services Rendered by Baldi & Associates

8.    Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Trustee for which compensation is sought in this Application are reflected on

---

[1]

Mrs. Berg is both a licensed attorney and a certified paralegal.  She has performed services on behalf of Trustee in this case in both capacities.  As previously disclosed in the Trustee's application to employ Baldi & Associates, Mrs. Berg maintains separate timekeeper numbers to distinguish her dual capacities and to bill her services at the appropriate rate. Mrs. Berg currently bills for her services as an attorney at the rate of $200.00/hour and at $140.00/hour for her services as a paralegal.

the billing statements attached hereto as Exhibit C.   The billing statements set forth the name of each timekeeper, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each timekeeper in each category.

9.    The services rendered by Baldi & Associates have been segregated into five (5) categories.   Summarized below by category are the services rendered by Baldi & Associates during the period covered by this Application.

9.1   General Administration:   At the request of the Trustee, Baldi & Associates reviewed documents related to the transfer of Debtor's interest in her residence to tenancy by the entireties.   Baldi & Associates prepared and presented Trustee's Motions to Extend Time to Object to Debtor's Discharge so that Trustee could determine whether to bring a fraud claim against Debtor.

In connection with the foregoing services, Baldi & Associates spent 3.7 hours for which it requests allowance and payment of final compensation in the amount of $1,160.00.

9.2   Avoid Transfer by Debtor:   In connection with the transfer of the Residence from joint tenancy to tenancy by the entireties (Transfer"), Baldi & Associates researched Illinois law to determine whether the Transfer was avoidable as a fraudulent transfer.   At the request of Trustee, Baldi & Associates commenced an adversary proceeding against Debtor and her spouse by preparing and filing a Complaint To Avoid Transfer of Real Estate To Tenancy by the Entireties and made all required Court appearances to prosecute the adversary proceeding.   When neither Debtor nor her spouse appeared in the adversary proceeding, Baldi & Associates prepared and presented a Motion for Default Judgment.

In connection with the foregoing services, Baldi & Associates spent 13.2 hours for which it requests allowance and payment of final compensation in the amount of $4,090.00.

4

9.3  Sale Of Real Estate:  Once the Transfer was avoided, Baldi & Associates prepared a Notice of Trustee's Interest in Real Estate ("Notice") and recorded the Notice with the Cook County Recorder of Deeds ("Recorder").  At the request of the Trustee, Baldi & Associates commenced an adversary proceeding against Debtor's spouse by preparing and filing a Complaint to Sell the Residence Free and Clear of Co-Debtor's Interest and made all required Court appearances to prosecute the adversary proceeding.  When Debtor's spouse failed to appear in the adversary proceeding, Baldi & Associates prepared and presented a Motion for Default Judgment.

About six (6) months after the entry of the default judgment, while Trustee was in the process of marketing the Residence, Debtor and her spouse obtained counsel to assist them in keeping the Residence.  At the request of Trustee, Baldi & Associates negotiated a Settlement Agreement with Debtor  and her spouse which would allow them to keep the Residence in exchange for a payment which was sufficient to pay unsecured creditors in full.  Baldi & Associates reviewed and revised the Settlement Agreement prepared by Debtor's counsel.  In addition, Baldi & Associates prepared and presented the Motion to Approve the Settlement with Debtor.  Baldi & Associates also prepared and recorded the release of Trustee's interest in the Residence.

In connection with the foregoing services, Baldi & Associates spent 13.3 hours for which it requests allowance and payment of final compensation in the amount of $4,040.00.

9.4  Retention of Professionals:  Baldi & Associates prepared and presented the Motion to Employ Baldi & Associates as counsel for the Trustee.  In addition, Baldi & Associates prepared and presented the Motion to Retain a Real Estate Broker for the Residence which included reviewing the terms of the listing agreement and drafting amendments to the listing agreement.

5

In connection with the foregoing services, Baldi & Associates spent 3.7 hours for which it requests allowance and payment of interim compensation in the amount of $1,150.00.

9.5 Fee Application:   During the period covered by this Application, Baldi & Associates prepared this fee application.

In connection with the foregoing services, Baldi & Associates spent 3.5 hours for which it requests allowance and payment of interim compensation in the amount of $1,050.00.

### Compensation Requested

10.   Baldi & Associates has spent a total of 37.4 hours for the services described and categorized in paragraph nine above from June 11, 2007 through January 26, 2009. The total value of those services and the amount of compensation requested therefor is $11,490.00. A summary of the number of hours spent and the dollar value of the services rendered in each category is attached hereto as Exhibit D.

11.   Baldi & Associates has incurred $84.50 of expenses in connection with its representation of Trustee in this case. The expenses were incurred to record the Notice and Release with the Cook County Recorder of Deeds. The expenses incurred through January 26, 2008 have been recorded and allocated to the specific categories outlined herein and are set forth in detail on the billing statements attached hereto in Exhibit C.

12.   All of the services performed by Baldi & Associates were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Trustee. Pursuant to sections 330 and 331 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi & Associates' services are compensable and the compensation requested is fair and reasonable. There has been no duplication of services rendered to the Trustee by Baldi & Associates for which compensation is requested.

6

13.    The rates charged by the attorneys and paralegals of Baldi & Associates in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. Each of the billing statements attached hereto as Exhibit C contains a comprehensive summary, by category of service, of each person who performed services for the Trustee, the number of hours they spent in each category and the compensation requested therefore.

### Payment of Compensation

14.    Baldi & Associates has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi & Associates for services rendered to the Trustee in connection with this case.

15.    Baldi & Associates has not previously received or been promised any payments for services rendered in this case.

16.    The Affidavit of Joseph A. Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit F and made a part hereof.

### Status and Financial Condition of the Case

17.    Baldi & Associates is informed and believes that the Trustee is in the process of preparing his final report.

18.    There will be a distribution to unsecured creditors.

### Trustee's Approval

19.    Baldi & Associates certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi & Associates requests the entry of an order providing the following:

7

A.   Allowing to Baldi & Associates interim compensation in the amount of

$11,490.00 for actual and necessary professional services rendered to the Trustee from June 11,

2007 through January 26, 2009;

B.   Allowing to Baldi & Associates reimbursement of its expenses incurred in

the amount of $84.50;

C.   Authorizing Trustee to pay the amounts allowed pursuant to this

Application to Baldi & Associates forthwith; and

D.   For such other and further relief as this Court deems appropriate.

Dated:  January 26, 2008

JOSEPH A. BALDI & ASSOCIATES

Attorneys for Gregg E. Szilagyi, as trustee of the
Estate of Mary Ann Kaczmarek., Debtor

By:___/s/ Donna B. Wallace_____
One of his attorneys

Joseph A. Baldi
Attorney I.D. No. 00100145
Donna B. Wallace
Attorney I.D. No. 6200260
Joseph A. Baldi & Associates
Suite 1500
19 South LaSalle Street
Chicago, IL  60603
312.726.8150

8

**Baldi & Associates**
**1st Interim Fee Application**

**Mary Ann Kaczmarek**
**Case No. 07 B 06273**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 07 B 06273 |
| Mary Ann Kaczmarek, | ) | Hon. Eugene Wedoff |
| | ) | Hearing Date: July 10, 2007 |
| Debtor. | ) | Time: 9:30 a.m. |

**Order Authorizing Trustee to Employ Attorneys**

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Joseph A. Baldi & Associates, P.C. as attorneys for Trustee and the affidavit of Joseph A. Baldi in support thereof; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Gregg E. Szilagyi, as trustee of the estate of Mary Ann Kaczmarek, debtor, is authorized to employ Joseph A. Baldi and the law firm of Joseph A. Baldi & Associates, P.C. to act as counsel for the Trustee effective June 12, 2007, with compensation to be paid in such amounts as may be allowed by this Court upon proper application therefor.

Dated: ~~July 10, 2007~~

ENTER:

Honorable Eugene Wedoff
United States Bankruptcy Judge

JUL 1 7 2007

Joseph A. Baldi
Attorney ID No. 00100146
Donna B. Wallace
Attorney ID No. 6200260
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi & Associates**
**1st Interim Fee Application**

Mary Ann Kaczmarek
Case No. 07 B 06273

**Professional Qualifications**

**Exhibit B**

**Baldi & Associates**

<u>Joseph A. Baldi</u>

Joseph A. Baldi is the principal shareholder of Baldi & Associates.  Prior to establishing his own law firm, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he was the Practice Group Chair of the Bankruptcy, Reorganization and Creditors' Rights Practice Group.  Mr. Baldi has broad experience in insolvency matters, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.

Mr. Baldi's extensive experience in the field of bankruptcy includes the representation of creditors, debtors, bankruptcy trustees and creditor committees. Mr. Baldi has represented a variety of lenders, including banks, life insurance companies and other secured creditors in bankruptcy courts throughout the country.  Mr. Baldi has represented debtors and bankruptcy trustees in both chapter 7 and chapter 11 cases involving real estate partnerships, restaurants, software vendors, trucking companies, construction firms and gas production facilities.

Mr. Baldi has been a member of the panel of private trustees appointed by the United States Trustee's Office for the Northern District of Illinois since 1988. He has operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, a retirement home and an industrial real estate partnership. Mr. Baldi has also liquidated a broad range of business entities as a chapter 7 trustee, including law firms, distributorships, retail firms and construction companies.

In addition to his experience in private practice, Mr. Baldi spent five years employed by the United States Trustee's Office in Chicago, Illinois where he supervised some of the largest Chapter 11 cases pending in the Northern District of Illinois. While at the U.S. Trustee's office, Mr. Baldi was responsible for the U.S. Trustee's program which monitors chapter 7 panel trustees.

Mr. Baldi is admitted to practice before the Supreme Court of Illinois, the United States District Courts for the Northern District of Illinois, the Eastern District of Wisconsin, the Northern District of Indiana and the Eastern District of Michigan and the Seventh Circuit Court of Appeals. Mr. Baldi is a member of the Bankruptcy and Reorganizations Committee of the Chicago Bar Association and American Bar Associations, the American Bankruptcy Institute and the National Association of Bankruptcy Trustees. Mr. Baldi has also actively participated in the Mediation and Local Rules subcommittees of the Chicago Bar Association's Bankruptcy and Reorganizations Committee. In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois as a member of his local elementary school board and a Park Ridge alderman.

Mr. Baldi received his Juris Doctor, *cum laude*, from DePaul University, Chicago, Illinois and received his Bachelor of Arts degree from Western Illinois University in Psychology.

## Baldi & Associates

Elizabeth C. Berg

      Elizabeth C. Berg is an Associate of the firm and her expertise is in representing bankruptcy trustees and creditors in both chapter 7 and chapter 11 bankruptcies. Mrs. Berg has represented and worked with Mr. Baldi since his appointment to the panel of private trustees in 1988. Mrs. Berg also has experience representing lenders, borrowers and receivers in commercial foreclosure actions.

      Prior to her graduation from law school in 1989, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending and bankruptcy.

      Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Illinois State Bar Association.

      Mrs. Berg received her Juris Doctor from Loyola University School of Law where she was the recipient of the Lawyers Cooperative Publishing Company's American Jurisprudence Award for Excellent Achievement in the Study of Bankruptcy. She received her certification as a paralegal from Roosevelt University in Chicago, Illinois and received her Bachelor of Arts degree from Brown University in French Language and Culture.

      In addition to practicing law, Mrs. Berg has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.

## Baldi & Associates

Donna B. Wallace

Donna B. Wallace is an Associate of the firm whose expertise is in representing debtors, creditors and trustees in chapter 7, 11 and 13 proceedings. Prior to attaining her law degree, Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell International. In her last position with Rockwell, Mrs. Wallace was a Business Segment Controller where she supervised a joint venture with a Japanese Company. After graduating from law school, Mrs. Wallace joined the Bankruptcy Group at Rosenthal and Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton, Illinois where she concentrated in bankruptcy and commercial litigation.

Mrs. Wallace is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a certified mediator and arbitrator.

Mrs. Wallace received her Juris Doctor, *with highest distinction,* from The John Marshall Law School in Chicago. At John Marshall, she received the Wall Street Journal Business Planning Award, was a member of the Law Review which published her comment on the topic of lenders liability and was elected to the Order of John Marshall. Mrs. Wallace received an undergraduate degree in Economics and a Masters Degree in Business Administration.

Mrs. Wallace has served as a part-time member of the accounting and law faculties at various colleges including College of DuPage, MacCormac College. and Roosevelt University and was Associate Professor of Paralegal Studies at Northwestern Business College prior to joining the firm.

**Baldi & Associates**
**1st Interim Fee Application**

**Mary Ann Kaczmarek**
**Case No. 07 B 06273**

**Billing Statements**

**Exhibit C**

## Joseph A. Baldi & Associates, P. C.

Szilagyi - Kaczmarek - Avoid Transfer

1/26/2009

Page    2

**In Reference to:**    *Szilagyi - Kaczmarek - Avoid Transfer*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 6/11/2007 | JAB | E-mail to trustee re follow up on case. (.2)  Confer with DBW to prepare complaint to avoid transfer (.3)  E-mail to trustee to confirm same (.2).  Review claims docket re same.(.3) | 1.00 $400.00/ hr | $400.00 |
| 6/12/2007 | DBW | review file (.3) & records from Cook County Recorder (.4) & Cook County Clerk of Court (.2) re debtors transfer of property into entireties: research recent case law re avoiding transfer of properties into entireties (2.8). begin drafting complaint (.6) | 4.30 $300.00/ hr | $1,290.00 |
| 6/13/2007 | DBW | Complete drafting complaint to avoid transfer of residence to tenancy by the entireties (2.1), revise complaint to add 548 (a) count (.8) | 2.90 $300.00/ hr | $870.00 |
| 6/19/2007 | DBW | tc with trustee re Motion to avoid transfer (.1), revise Motion (.2), proofread, organize exhibit (.2), e-file (.2), email to trustee re deferred filing fee  (.2) | 0.90 $300.00/ hr | $270.00 |
| 6/20/2007 | DBW | serve complaint & summons (.3), e file summons service executed (.1) | 0.40 $300.00/ hr | $120.00 |
| 6/21/2007 | DBW | read e-mail from Clerk re changing date on summons, check web-site to confirm that Judge is sitting on date (.1), tc with clerks office re same (.1) | 0.20 $300.00/ hr | $60.00 |
| 8/01/2007 | DBW | prepare for (.2) and attend status hearing in adversary (.5) | 0.70 $300.00/ hr | $210.00 |
| 8/03/2007 | DBW | draft Motion for default judgment (.9), affidavit (.7) & proposed order (.2) proofread and revise motion (.2) e-mail to Trustee for comments (.1) | 2.10 $300.00/ hr | $630.00 |
| 8/14/2007 | DBW | appear in court re Motion for default judgment | 0.40 $300.00/ hr | $120.00 |
| 9/06/2007 | JAB | TC with trustee re follow up on judgment. adversary to sell. extension of time to object. | 0.30 $400.00/ hr | $120.00 |

| | | | Total Hours | 13.20 | Total Fees | $4,090.00 |
|--|--|--|--|--|--|--|

# Joseph A. Baldi & Associates, P. C.

1/26/2009

Page    3

Szilagyi - Kaczmarek - Avoid Transfer

## Expenses

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 10/25/2007 | FILING | Record  TR Notice of Claim | 1.00 @ $36.50/each | $36.50 |

|  | Total Expenses | $36.50 |
|---|---|---|

| Total New Charges | $4,126.50 |
|---|---|
| Previous Balance | $0.00 |
| Balance Due | $4,126.50 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 11.90 | $300.00 |
| Joseph A Baldi | 1.30 | $400.00 |

# Joseph A. Baldi & Associates, P. C.

1/26/2009

Page    4

Szilagyi - Kaczmarek - Fee Application

**In Reference to:**    *Szilagyi - Kaczmarek - Fee Application*

## *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 1/22/2009 | DBW | review time sheet entries, set up billing categories and transfer time to correct category | 0.80 $300.00/ hr | $240.00 |
| 1/26/2009 | DBW | prepare fee application, cover sheet affidavit, proposed order, organize exhibits | 2.70 $300.00/ hr | $810.00 |
| | | Total Hours    3.50 | Total Fees | $1,050.00 |

# Joseph A. Baldi & Associates, P. C.

1/26/2009

Page    5

Szilagyi - Kaczmarek - Fee Application

| | |
|---|---:|
| Total New Charges | $1,050.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,050.00 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 3.50 | $300.00 |

# Joseph A. Baldi & Associates, P. C.

1/26/2009

Page    6

Szilagyi - Kaczmarek - General

---

**In Reference to:**    *Szilagyi - Kaczmarek - General*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 6/28/2007 | DBW | prepare Motion to Extend Time to Object to Discharge & proposed Order (1.0). e-mail to Trustee re same (.1) | 1.10 $300.00/ hr | $330.00 |
| 7/17/2007 | JAB | Attend hearing on Kaczmarek - Motion To Extend time to Object to Discharge | 0.50 $400.00/ hr | $200.00 |
| 9/07/2007 | DBW | draft Second Motion to Extend Time for Discharge (.3). draft Order (.1). e-file (.1) | 0.50 $300.00/ hr | $150.00 |
| 9/18/2007 | DBW | Kaczmarek -  appear in court re Motion to Extend Time to Object to Discharge | 0.40 $300.00/ hr | $120.00 |
| 11/02/2007 | DBW | Draft Trustee's Third Motion to Extend Time to Object to Discharge & proposed order | 0.40 $300.00/ hr | $120.00 |
| 1/02/2008 | DBW | tc with Trustee re status on complaint, extending time to object to discharge (.1). draft Motion to extend time and proposed order (.3) | 0.40 $300.00/ hr | $120.00 |
| 1/16/2008 | DBW | appear in court re Motion to Extend Time to Object to Discharge | 0.40 $300.00/ hr | $120.00 |

|  |  | Total Hours | 3.70 | Total Fees | $1,160.00 |
|---|---|---|---|---|---|

# Joseph A. Baldi & Associates, P. C.

1/26/2009

Page    7

Szilagyi - Kaczmarek - General

|  |  |
|---|---|
| Total New Charges | $1,160.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,160.00 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 3.20 | $300.00 |
| Joseph A Baldi | 0.50 | $400.00 |

## Joseph A. Baldi & Associates, P. C.

1/26/2009

Page    8

Szilagyi - Kaczmarek - Retention of Professionals

---

**In Reference to:**    *Szilagyi - Kaczmarek - Retention of Professionals*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 6/28/2007 | DBW | prepare Motion to Employ Baldi & Associates. affidavit & proposed order | 0.70 $300.00/ hr | $210.00 |
| 7/10/2007 | JAB | Kaczmarek - Appear in Court re Motions To Employ and to Extend Time To Object To Discharge | 0.40 $400.00/ hr | $160.00 |
| 9/19/2007 | DBW | Motion to Employ Real estate Broker: draft proposed order (.3), draft Motion to Employ Broker (.4) | 0.70 $300.00/ hr | $210.00 |
| 10/03/2007 | DBW | prepare rider to listing agreement (.4), draft fax to broker re rider & affidavit (.2) | 0.60 $300.00/ hr | $180.00 |
| 10/23/2007 | DBW | tc with Mr. Beutow re objection and time to respond to Motion to Retain Broker. representing Mr. Kaczmarek | 0.20 $300.00/ hr | $60.00 |
| 10/24/2007 | DBW | appear in court re motion to employ realtor. continue hearing re objection | 0.40 $300.00/ hr | $120.00 |
| 11/05/2007 | DBW | e mail to trustee re continued status on retaining broker, extending discharge | 0.20 $300.00/ hr | $60.00 |
| 11/13/2007 | DBW | Appear in Court re Motion to Extend Time to Object to Discharge & Motion to Hire Broker (.4). tc with Trustee re same and status of case  (.1) | 0.50 $300.00/ hr | $150.00 |

|  | Total Hours | 3.70 | Total Fees | $1.150.00 |
|--|-------------|------|-----------|-----------|

# Joseph A. Baldi & Associates, P. C.

1/26/2009

Page    9

Szilagyi - Kaczmarek - Retention of Professionals

|  |  |
|---|---|
| Total New Charges | $1.150.00 |
| Previous Balance | $0.00 |
| Balance Due | $1.150.00 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 3.30 | $300.00 |
| Joseph A Baldi | 0.40 | $400.00 |

## Joseph A. Baldi & Associates, P. C.

1/26/2009

Page    10

Szilagyi - Kaczmarek - Sale of Real Estate

---

**In Reference to:**    *Szilagyi - Kaczmarek - Sale of Real Estate*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/01/2007 | DBW | Draft complaint to sell residence free & clear of co-owners interest (1.3), e-mail to trustee forwarding same (.1) | 1.40 $300.00/ hr | $420.00 |
| 10/16/2007 | DBW | prepare notice of Trustee's Interest in Real Estate (.8), revise motion to employ realtor (.2), e-file (.1), serve (.2) | 1.30 $300.00/ hr | $390.00 |
| 10/16/2007 | DBW | revise complaint to sell R.E. free & clear of co-owner's interest (.3), e-file open adversary case (.2), prepare certificate of service (.1) serve complaint & summons ( file summons service executed (.2) | 0.80 $300.00/ hr | $240.00 |
| 11/27/2007 | JAB | Attend hearing on status for - Kaczmarek Complaint to Sell Residence | 0.50 $400.00/ hr | $200.00 |
| 12/03/2007 | DBW | Draft Motion for Default Judgment against Lawrence Kaczmarek | 0.70 $300.00/ hr | $210.00 |
| 12/04/2007 | DBW | Revise Motion for default Judgment (.2), draft affidavit in support of Motion for default (.6), draft proposed default judgment order (.4), e-mail transmitting same to trustee for review (.1) | 1.30 $300.00/ hr | $390.00 |
| 12/06/2007 | DBW | Motion for default - organize exhibits (.3), e-file (.1), serve (.1) | 0.50 $300.00/ hr | $150.00 |
| 12/18/2007 | DBW | tc with opposing counsel re appearance in Court, status of case, amount required to settle (.3), appear in court re status, motion for default (.5) | 0.80 $300.00/ hr | $240.00 |
| 12/19/2007 | DBW | e-mail to opposing counsel re new dates for filing answer & status | 0.10 $300.00/ hr | $30.00 |
| 1/22/2008 | DBW | appear in court re Motion for Default Judgment vs. Lawrence Kaczmarek | 0.50 $300.00/ hr | $150.00 |
| 6/09/2008 | DBW | Tc with Michelle Weinberg re payment terms to stop sale of property | 0.20 $300.00/ hr | $60.00 |
| 6/10/2008 | DBW | tc with Trustee re settlement offer, tc with opposing counsel re same | 0.10 $300.00/ hr | $30.00 |

# Joseph A. Baldi & Associates, P. C.

1/26/2009

Page   11

Szilagyi - Kaczmarek - Sale of Real Estate

| | | | | |
|---|---|---|---|---|
| 6/23/2008 | DBW | e-mail to trustee re settlement proposal. e-mail to opposing counsel re acceptance of same | 0.10 $300.00/ hr | $30.00 |
| 7/01/2008 | DBW | review settlement agreement drafted by opposing counsel (.3), draft revisions to same (1.1), e-mail to opposing counsel re revisions (.2). e-mail to Trustee re same (.1) | 1.70 $300.00/ hr | $510.00 |
| 7/21/2008 | DBW | draft motion to approve settlement agreement (1.1), proofread & revise (.2). email to trustee and opposing counsel re same (.2) | 1.50 $300.00/ hr | $450.00 |
| 7/23/2008 | DBW | proofread settlement motion prior to filing (.2), e-file (.1). serve (.1) | 0.40 $300.00/ hr | $120.00 |
| 8/12/2008 | DBW | appear in court re motion to approve settlement | 0.70 $300.00/ hr | $210.00 |
| 8/20/2008 | DBW | draft release of Trustee's interest in real estate (.3), e-mail to Trustee & opposing counsel re same (.1) | 0.40 $300.00/ hr | $120.00 |
| 10/27/2008 | DBW | follow up with Trustee re release of deed. | 0.10 $300.00/ hr | $30.00 |
| 10/30/2008 | DBW | respond to e-mail from Debtor's counsel re release | 0.20 $300.00/ hr | $60.00 |

| | | | |
|---|---|---|---|
| Total Hours | 13.30 | Total Fees | $4,040.00 |

# Joseph A. Baldi & Associates, P. C.

1/26/2009

Szilagyi - Kaczmarek - Sale of Real Estate

Page   12

## *Expenses*

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 11/04/2008 | FILING | Release of Claim or Interest in Real Estate | 1.00 @ $48.00/each | $48.00 |
| | | Total Expenses | | $48.00 |

| | |
|---|---|
| Total New Charges | $4,088.00 |
| Previous Balance | $0.00 |
| Balance Due | $4,088.00 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 12.80 | $300.00 |
| Joseph A Baldi | 0.50 | $400.00 |

**Baldi & Associates**
**1st Interim Fee Application**

**Mary Ann Kaczmarek**
**Case No. 07 B 06273**

Summary of Services by Category

**Exhibit D**

## Joseph A. Baldi & Associates, P. C.
### 19 S. LaSalle Street
### Suite 1500
### Chicago, IL 60603

**Phone:** (312) 726-8150

**Fax:**     (312) 726-5067

**FEIN:** 36-4352753

*Invoice submitted to:*

January 26, 2009

Invoice No:   1168

Gregg E. Szilagyi
Gregg E. Szilagyi
Tailwind Services, LLC
1 South Wacker Drive
Suite 800
Chicago, IL 60606

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **Szilagyi - Kaczmarek - Avoid Transfer** | | | | | | | |
| | 13.20 | $4,090.00 | $36.50 | $4,126.50 | $0.00 | $0.00 | $4,126.50 |
| **Szilagyi - Kaczmarek - Fee Application** | | | | | | | |
| | 3.50 | $1,050.00 | $0.00 | $1,050.00 | $0.00 | $0.00 | $1,050.00 |
| **Szilagyi - Kaczmarek - General** | | | | | | | |
| | 3.70 | $1,160.00 | $0.00 | $1,160.00 | $0.00 | $0.00 | $1,160.00 |
| **Szilagyi - Kaczmarek - Retention of Professionals** | | | | | | | |
| | 3.70 | $1,150.00 | $0.00 | $1,150.00 | $0.00 | $0.00 | $1,150.00 |
| **Szilagyi - Kaczmarek - Sale of Real Estate** | | | | | | | |
| | 13.30 | $4,040.00 | $48.00 | $4,088.00 | $0.00 | $0.00 | $4,088.00 |

Balance Due

$11,574.50

**Baldi & Associates**
**1st Interim Fee Application**

**Mary Ann Kaczmarek**
**Case No. 07 B 06273**

**Rule 2016 Affidavit**

**Exhibit E**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Mary Ann Kaczmarek | ) | Case No.  07-06273 |
| | ) | Hon. Eugene R. Wedoff |
| Debtors. | ) | Hearing Date: _____ |
| | ) | Time:  9:30 a.m. |

**Affidavit pursuant to Rule 2016**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) ss. |

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.      I am the principal shareholder of Joseph A. Baldi & Associates, P.C. ("Baldi & Associates") am authorized to execute this affidavit on behalf of Baldi & Associates.

2.      I have read the First Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Baldi & Associates, Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  Baldi & Associates has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Baldi & Associates has not previously received payment of any compensation for services rendered in connection with this case.  Baldi & Associates has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi & Associates.

5.      Further affiant sayeth naught.

_____
(Joseph A. Baldi)

Subscribed and Sworn to before me
this 26th day of January, 2009

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C. BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

**Exhibit E**