UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| MARY ANN KACZMAREK ) | CASE NO. 07-06273 | |
| ) | | |
| Debtor ) | Hon. Eugene R. Wedoff | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois 60604

    On: **April 8, 2009**     Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $40,020.99 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $40,020.99 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GREGG SZILAGYI<br>Trustee | $0.00 | $3,407.45 | $0.00 |
    | JOSEPH BALDI & ASSOCIATES<br>Attorney for Trustee | $0.00 | $11,490.00 | $84.50 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | N/A | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.  Claims of general unsecured creditors totaling $<u>15,000.00</u> have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Banco Popular North America | 15,000.00 | 15,000.00 |
| Surplus | MARY ANN KACZMAREK | 10,039.04 | 10,039.04 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | 20.00 |
| Savings Account located LaSalle Bank, Chicago, Illinois | 1,400.00 |
| Miscellaneous Household Goods and Furnishings | 800.00 |
| Miscellaneous Household Reading Material and Decorative Art | 60.00 |
| Miscellaneous Clothing and Personal Effects | 150.00 |
| Wedding Band | 100.00 |
| Pension Plan through through Debtors former employer. Plan | 0.00 |

Dated: **March 13, 2009**                        For the Court,

                                    By:  **KENNETH S. GARDNER**
                                        Kenneth S. Gardner
                                        Clerk of the U.S. Bankruptcy Court
                                        219 S. Dearborn Street; 7th Floor
                                        Chicago, IL 60604

Trustee:      Gregg Szilagyi
Address:      One South Wacker Drive
              Chicago, Illinois 60606
Phone No.:    (312) 634-4748

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1               Date Rcvd: Mar 13, 2009
Case: 07-06273                Form ID: pdf002          Total Served: 3

The following entities were served by first class mail on Mar 15, 2009.
db          +Mary Ann Kaczmarek,    3521 N Kostner,    Chicago, IL 60641-3808
11288340    +Banco Popular North America,    C/O Chaet Kaplan Baim Firm,    30 N LaSalle St Ste 1520,
              Chicago, IL 60602-3387
11288341     CCB Credit Services,    5300 S 6th Street,    Springfield, IL 62703-5184

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Michelle Weinberg
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**          **Signature:**   _Joseph Speetjens_