UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARY ANN KACZMAREK | § | Case No. 07-06273 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/Gregg Szilagyi _____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KACZMAREK, MARY ANN |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| JOSEPH A. BALDI & ASSOCIATES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Banco Popular North America | | | | | |
| Banco Popular North America | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 07-06273 ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|
| Case Name: | MARY ANN KACZMAREK | | | | Date Filed (f) or Converted (c): | 04/06/07 (f) |
| | | | | | 341(a) Meeting Date: | 05/10/07 |
| For Period Ending: 11/30/09 | | | | | Claims Bar Date: | 04/03/08 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence Commonly Known as 3521 N. Kostner | 120,000.00 | 120,000.00 | | 40,000.00 | FA |
| 2 | Cash | 20.00 | 20.00 | DA | 0.00 | 20.00 |
| 3 | Savings Account located LaSalle Bank, Chicago, Illinois | 1,400.00 | 1,400.00 | DA | 0.00 | 1,400.00 |
| 4 | Miscellaneous Household Goods and Furnishings | 800.00 | 800.00 | DA | 0.00 | 800.00 |
| 5 | Miscellaneous Household Reading Material and Decorative Art | 60.00 | 60.00 | DA | 0.00 | 60.00 |
| 6 | Miscellaneous Clothing and Personal Effects | 150.00 | 150.00 | DA | 0.00 | 150.00 |
| 7 | Wedding Band | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 8 | Pension Plan through through Debtors former employer. Plan i | Unknown | 0.00 | DA | 0.00 | 0.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 21.96 | Unknown |

TOTALS (Excluding Unknown Values) $122,530.00 $122,530.00 $40,021.96

Gross Value of Remaining Assets
$2,530.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-06273
Case Name: MARY ANN KACZMAREK
Taxpayer ID No: XX-XXX1269
For Period Ending: 11/30/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1669 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/08 | 1 | KACZMAREK, MARY ANN<br>3521 N KOSTNER<br>CHICAGO, IL 60641 | Settlement | 1110-000 | 40,000.00 | | 40,000.00 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 1.48 | | 40,001.48 |
| 08/29/08 | INT | Bank of America 3 part check | Interest Rate 0.150 | 1270-000 | 5.07 | | 40,006.55 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 4.93 | | 40,011.48 |
| 10/31/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 3.88 | | 40,015.36 |
| 11/28/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 3.27 | | 40,018.63 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 2.02 | | 40,020.65 |
| 01/30/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,020.99 |
| 02/27/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 40,021.30 |
| 03/31/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,021.64 |
| 04/14/09 | INT | Bank of America | Interest | 1270-000 | 0.32 | | 40,021.96 |
| 04/14/09 | | Transfer to Acct#XXXXXX1889 | Transfer of Funds | 9999-000 | | 40,021.96 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 40,021.96 | 40,021.96 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 40,021.96 | |
| Subtotal | 40,021.96 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 40,021.96 | 0.00 | |

Page Subtotals    40,021.96    40,021.96

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 07-06273
Case Name: MARY ANN KACZMAREK
Taxpayer ID No: XX-XXX1269
For Period Ending: 11/30/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1889 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/09 | | Transfer from Acct#XXXXXX1669 | Transfer of Funds | 9999-000 | 40,021.96 | | 40,021.96 |
| 04/14/09 | 001001 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 3,407.45 | 36,614.51 |
| 04/14/09 | 001002 | JOSEPH BALDI & ASSOCIATES<br>19 S. LASALLE STREET<br>SIUTE 1500<br>CHCIAGO, ILLINOIS 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 11,019.00 | 25,595.51 |
| 04/14/09 | 001003 | JOSEPH BALDI & ASSOCIATES<br>19 S. LASALLE STREET<br>SIUTE 1500<br>CHCIAGO, ILLINOIS 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3220-000 | | 84.50 | 25,511.01 |
| 04/14/09 | 001004 | Banco Popular North America<br>C/O Chaet Kaplan Baim Firm<br>30 N LaSalle St Ste 1520<br>Chicago, IL 60602 | (Final distribution to Claim 1, representing a Payment of 100.00% per court order.) | 7100-000 | | 15,000.00 | 10,511.01 |
| 04/14/09 | 001005 | KACZMAREK, MARY ANN<br>3521 N KOSTNER<br>CHICAGO, IL 60641 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 8200-002 | | 10,511.01 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 40,021.96 | 40,021.96 | 0.00 |
| Less: Bank Transfers/CD's | 40,021.96 | 0.00 | |
| Subtotal | 0.00 | 40,021.96 | |
| Less: Payments to Debtors | 0.00 | 10,511.01 | |
| Net | 0.00 | 29,510.95 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX1669 | 40,021.96 | 0.00 | 0.00 |
| Page Subtotals | 40,021.96 | 40,021.96 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 07-06273
Case Name: MARY ANN KACZMAREK
Taxpayer ID No: XX-XXX1269
For Period Ending: 11/30/09

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1889 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | CHECKING ACCOUNT - XXXXXX1889 | | | 0.00 | 29,510.95 | 0.00 |

| | | |
|---|---|---|
| Total Allocation Receipts: | 0.00 | |
| Total Net Deposits: | 40,021.96 | |
| Total Gross Receipts: | 40,021.96 | |

|  Deposits | Disbursements | Balance |
|---|---|---|
| 40,021.96 | 29,510.95 | 0.00 |
| ============= | ============= | ========== |
| (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals          0.00          0.00